# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RICHARD E. GARABRANDT,**

    **Plaintiff,**

v.

**LINTON D. LEWIS, et al.,**

    **Defendants,**

Case No. 2:18-cv-93
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

## OPINION AND ORDER

This matter is before the Court on Plaintiff Richard E. Garabrandt's Objection (ECF No. 6) to the Court's February 22, 2018 Opinion and Order (ECF No. 5) overruling Plaintiff's Objection (ECF No. 4) to the Magistrate Judge's February 9, 2018 Order (ECF No. 2). In her February 9 Order, the Magistrate Judge directed Plaintiff to submit within thirty days a certified copy of his prison trust found account statement for the six-month period immediately preceding the filing of the case. (Feb. 9, 2018 Order at 2.) As the Magistrate Judge noted, 28 U.S.C. § 1915(a)(2) requires that Plaintiff make this submission given that he is a prisoner seeking to bring a civil action without prepayment of fees. (*See id.* at 1–2.)

In his Objection, Plaintiff asks the Court to reconsider its February 22 Opinion and Order. The Court has discretion to reconsider an interlocutory order at any time. *See Leelanau Wine Cellars, Ltd. v. Black & Red, Inc.*, 118 F. App'x 942, 945–46 (6th Cir. 2004). Plaintiff, however, has identified no clear error of law, has presented no newly discovered evidence, has provided no intervening change in controlling law, and has not identified any manifest injustice. Accordingly, the Court will not exercise its discretion to reconsider the Opinion and Order. *See Phillips v.*

*Teamsters Local Union*, No. 3-:05-cv-292, 2007 WL 397011, at *1 (S.D. Ohio Jan. 31, 2007).

Plaintiff's Objection [ECF No. 6] is **OVERRULED**.

    **IT IS SO ORDERED.**

_3-9-2018_
**DATE**

               **EDMUND A. SARGUS, JR.**
               **CHIEF UNITED STATES DISTRICT JUDGE**